My name is Timothy Campbell I'm writing to the courts to ask can you send me my plea agreement and my up to date Docket sheet please. And my sentencing transcript. If this not the right court can you please help me find the right one please.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 11 2019

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK



Timothy Campbell 13856-084
Federal Correction Institution
P.O Box 1009
Welch, WV 24801

United States District Court
for the western District of Virginia
210 FranKlin Rd. Sw
Roanoke, Va 24015

24011-221459